| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | JAMES M. PLUNKETT |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 18-01375 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Branch Banking & Trust Company, now Truist

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 2 5 8

**Property address:** 14290 GREENVIEW DRIVE
Number      Street

GREENCASTLE    PA    17225
City                State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ 0.00

## Part 3: Postpetition Mortgage Payment

Check one:

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 04 / 2021
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

c. **Total**. Add lines a and b. (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

| Debtor 1 | JAMES M. PLUNKETT | | Case number (if known) 18-01375 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jennifer Landess
Signature

Date 06 / 30 / 2021

Print: Jennifer Landess
First Name  Middle Name  Last Name

Title: Bankruptcy Specialist

Company: BB&T, now Truist

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 1847
Number  Street

Wilson   NC   27894
City   State   ZIP Code

Contact phone ( 800 ) 635 - 3112

Email: ConsumerBankruptcy@truist.com

---

Form 4100R          Response to Notice of Final Cure Payment          page **2**

CERTIFICATE OF SERVICE

Middle District of Pennsylvania

I, Jennifer Landess, of Branch Banking & Trust Company, now Truist, PO Box 1847, Wilson, NC 27894, do hereby certify:

That I am more than eighteen (18) years of age and:

That on the 30 day of June 2021, I served a true and exact copy of the within "RESPONSE TO NOTICE OF FINAL CURE" by United States Mail and/or electronic filing addressed to the said respondent(s) at:

JAMES M PLUNKETT
14290 GREENVIEW DR
GREENCASTLE, PA 17225-9458

JOHN MATTHEW HYAMS
2023 N 2ND ST
HARRISBURG, PA 17102-2151

JACK N ZAHAROPOULOS
8125 ADAMS DR STE A
HUMMELSTOWN, PA 17036-8625

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 06/30/2021     By: /s/ Jennifer Landess



# NORTH CAROLINA
## Department of the Secretary of State

To all whom these presents shall come, Greetings:

I, Elaine F. Marshall, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

ARTICLES OF AMENDMENT

OF

BB&T CORPORATION

WHICH CHANGED ITS NAME TO

TRUIST FINANCIAL CORPORATION

the original of which was filed in this office on the 6th day of December, 2019.




Scan to verify online.

Document Id: C201934000037
Verify this certificate online at http://www.sosnc.gov/verification

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 6th day of December, 2019.

*Elaine F. Marshall*

Secretary of State

SOSID: 0210719
Date Filed: 12/6/2019 9:00:00 AM
Effective: 12/7/2019
Elaine F. Marshall
North Carolina Secretary of State
C2019 340 00037

State of North Carolina
Department of the Secretary of State

# ARTICLES OF AMENDMENT
# BUSINESS CORPORATION

Pursuant to §55-10-06 of the General Statutes of North Carolina, the undersigned corporation hereby submits the following Articles of Amendment for the purpose of amending its Articles of Incorporation.

1. The name of the corporation is: BB&T Corporation

2. The text of each amendment adopted is as follows (*State below or attach*):

   Please see attached.

3. If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment, if not contained in the amendment itself, are as follows:

4. The date of adoption of each amendment was as follows: July 30, 2019

5. (Check either a, b, c, or d, whichever is applicable)

   a. ☐ The amendment(s) was (were) duly adopted by the incorporators prior to the issuance of shares.

   b. ☐ The amendment(s) was (were) duly adopted by the board of directors prior to the issuance of shares.

   c. ☐ The amendment(s) was (were) duly adopted by the board of directors without shareholder action as shareholder action was not required because (*set forth a brief explanation of why shareholder action was not required.*)

   d. ☒ The amendment(s) was (were) approved by shareholder action, and such shareholder approval was obtained as required by Chapter 55 of the North Carolina General Statutes.

6. These articles will be effective upon filing, unless a delayed time and date is specified:
   12:02 AM EST on December 7, 2019.

This the 6th day of December, 2019

BB&T Corporation
Name of Corporation

*[signature]*
Signature

Daryl N. Bible, Senior Executive Vice President and Chief Financial Officer
Type or Print Name and Title

NOTES:
1. Filing fee is $50. This document must be filed with the Secretary of State.

## ARTICLES OF AMENDMENT

## OF

## BB&T CORPORATION

The undersigned corporation hereby submits these Articles of Amendment in accordance with Section 55-10-03 and 55-10-06 of the North Carolina Business Corporation Act for the purpose of amending its Restated Articles of Incorporation:

1. The name of the corporation is: BB&T CORPORATION.

2. The following text will replace the current text of ARTICLE I in its entirety:

    The name of the Corporation is Truist Financial Corporation.

3. The amendment does not provide for an exchange, reclassification or cancellation of issued shares.

4. The amendment was approved by the shareholders of the corporation on July 30, 2019, in accordance with Section 55-10-03 of the North Carolina Business Corporation Act.

5. These Articles of Amendment will be effective at 12:02 a.m. on December 7, 2019.

This is the 6th day of December, 2019.

BB&T CORPORATION

By: /s/ Daryl N. Bible
Name: Daryl N. Bible
Title: Senior Executive Vice President and Chief Financial Officer



## OFFICE OF THE COMMISSIONER OF BANKS

### CERTIFICATE OF AUTHORITY
### FOR
### ARTICLES OF AMENDMENT

I, Stephanie Ryals, Chief Deputy Commissioner of Banks for the State of North Carolina, hereby certify that the foregoing ARTICLES OF AMENDMENT of BB&T Corporation, having its principal office in Charlotte, Mecklenburg County, North Carolina, were approved by the Office of the Commissioner of Banks for filing at the Office of the Secretary of State. Authority to record the Articles of Amendment is hereby granted.

This the 26th day of November, 2019.

*Stephanie Ryals*
Stephanie Ryals
Chief Deputy Commissioner of Banks





# NORTH CAROLINA
## Department of the Secretary of State

To all whom these presents shall come, Greetings:

I, Elaine F. Marshall, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

**ARTICLES OF AMENDMENT**

**OF**

**BRANCH BANKING AND TRUST COMPANY**

**WHICH CHANGED ITS NAME TO**

**TRUIST BANK**

the original of which was filed in this office on the 6th day of December, 2019.

 

Scan to verify online.

Document Id: C201934000039
Verify this certificate online at http://www.sosnc.gov/verification

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 6th day of December, 2019.

*Elaine F. Marshall*

Secretary of State

SOSID: 0023695
Date Filed: 12/6/2019 9:03:00 AM
Effective: 12/7/2019
Elaine F. Marshall
North Carolina Secretary of State
C2019 340 00039

State of North Carolina
Department of the Secretary of State

# ARTICLES OF AMENDMENT
# BUSINESS CORPORATION

Pursuant to §55-10-06 of the General Statutes of North Carolina, the undersigned corporation hereby submits the following Articles of Amendment for the purpose of amending its Articles of Incorporation.

1. The name of the corporation is: Branch Banking and Trust Company

2. The text of each amendment adopted is as follows (*State below or attach*):

   Please see attached.

3. If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment, if not contained in the amendment itself, are as follows:

4. The date of adoption of each amendment was as follows: December 3, 2019

5. (Check either a, b, c, or d, whichever is applicable)

   a. ☐ The amendment(s) was (were) duly adopted by the incorporators prior to the issuance of shares.

   b. ☐ The amendment(s) was (were) duly adopted by the board of directors prior to the issuance of shares.

   c. ☐ The amendment(s) was (were) duly adopted by the board of directors without shareholder action as shareholder action was not required because (*set forth a brief explanation of why shareholder action was not required.*)

   d. ☑ The amendment(s) was (were) approved by shareholder action, and such shareholder approval was obtained as required by Chapter 55 of the North Carolina General Statutes.

ARTICLES OF AMENDMENT
Page 2

6. These articles will be effective upon filing, unless a delayed time and date is specified:
   12:06 AM EST on December 7, 2019.

This the 6th day of December, 2019

Branch Banking and Trust Company
Name of Corporation

*[Signature]*
Signature

Daryl N. Bible, Senior Executive Vice President and Chief Financial Officer
Type or Print Name and Title

NOTES:
1. Filing fee is $50. This document must be filed with the Secretary of State.

## ARTICLES OF AMENDMENT

## OF

## BRANCH BANKING AND TRUST COMPANY

The undersigned corporation hereby submits these Articles of Amendment in accordance with Section 55-10-03 and 55-10-06 of the North Carolina Business Corporation Act for the purpose of amending its Articles of Incorporation:

1. The name of the corporation is: Branch Banking and Trust Company.

2. The following text will replace the current text of ARTICLE I in its entirety:

    The name of the Corporation is Truist Bank.

3. The amendment does not provide for an exchange, reclassification or cancellation of issued shares.

4. The amendment was approved by the sole shareholder of the corporation on December 3, 2019, in accordance with Section 55-10-03 of the North Carolina Business Corporation Act.

5. These Articles of Amendment will be effective at 12:06 a.m. on December 7, 2019.

This is the 6th day of December, 2019.

BRANCH BANKING AND TRUST COMPANY

By: *[signature]*
Name: Daryl N. Bible
Title: Senior Executive Vice President and Chief Financial Officer



## OFFICE OF THE COMMISSIONER OF BANKS

### CERTIFICATE OF AUTHORITY
### FOR
### ARTICLES OF AMENDMENT

I, Stephanie Ryals, Chief Deputy Commissioner of Banks for the State of North Carolina, hereby certify that the foregoing ARTICLES OF AMENDMENT of Branch Banking and Trust Company, having its principal office in Charlotte, Mecklenburg County, North Carolina, were approved by the Office of the Commissioner of Banks for filing at the Office of the Secretary of State. Authority to record the Articles of Amendment is hereby granted.

This the 26th day of November, 2019.

*Stephanie Ryals*
Stephanie Ryals
Chief Deputy Commissioner of Banks

